## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | |
|---|---|
| NATHAN M. LONG,<br>    Plaintiff, | CASE NO.  3:22-CV-122-RGJ<br>**ELECTRONICALLY FILED** |
| vs. | Judge Rebecca Grady Jennings |
| NATIONWIDE RECOVERY SERVICE, INC.;<br>OLIVER ADJUSTMENT COMPANY, INC.<br>d/b/a OAC; and TRANS UNION, LLC;<br>    Defendants. | |

### TRANS UNION, LLC'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Commonwealth Of Kentucky, LaRue District Court to the United States District Court for the Western District of Kentucky, Louisville Division on the following grounds:

1.      Plaintiff, Nathan M. Long, served Trans Union on or about February 24, 2022, with a Civil Summons and Complaint filed in the Commonwealth Of Kentucky, LaRue District Court. Copies of the Civil Summons and Complaint, redacted pursuant to Federal Rule of Civil Procedure 5.2, are attached hereto as **Exhibit A** and **Exhibit B**, respectively.  No other process, pleadings or orders have been served on Trans Union.

2.      Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint ¶¶ 1, 26-28, 35, 45, 53-60, 74 and 76-81.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441 et seq., this cause may be removed from the Commonwealth Of Kentucky, LaRue District Court, to the United States District Court for the Western District of Kentucky, Louisville Division.

5. Counsel for Trans Union has confirmed with the Commonwealth Of Kentucky, LaRue District Court that they have no document or file suggesting any other Defendant has been served. To the best of Trans Union's knowledge, no other named Defendant in this matter has been served as of the date and time of this Notice Of Removal.

6. Notice of this removal will promptly be filed with the Commonwealth Of Kentucky, LaRue District Court, and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Commonwealth Of Kentucky, LaRue District Court, to this United States District Court, Western District of Kentucky, Louisville Division.

Respectfully submitted,

 *s/ Sandra Davis Jansen*
Sandra Davis Jansen, Esq. (IN #27803-53)
Trans Union, LLC
555 West Adams Street
Chicago, IL  60661
Phone:  317-908-9680
E-Mail:  sandy.jansen@transunion.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **28th day of February, 2022**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **28th day of February, 2022**, properly addressed as follows:

| **for Plaintiff Nathan M. Long**<br>James H. Lawson, Esq.<br>Lawson at Law, PLLC<br>P.O. Box 1286<br>Shelbyville, KY 40066 | |
|---|---|

 *s/ Sandra Davis Jansen*
Sandra Davis Jansen, Esq. (IN #27803-53)
Trans Union, LLC
555 West Adams Street
Chicago, IL  60661
Phone:  317-908-9680
E-Mail:  sandy.jansen@transunion.com

*Lead Counsel for Defendant Trans Union, LLC*