UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

NATHAN M. LONG                                                                                                    Plaintiff

v.                                                                                          Civil Action No. 3:22-cv-00122-RGJ

NATIONWIDE RECOVERY SERVICE, INC.,                                                          Defendant
Et al.,

\* \* \* \* \*

## JUDGMENT

In accordance with the Order entered this same date and pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED** and **ADJUDGED** as follows:

(1) Judgment is entered in favor of Defendant Oliver Adjustment Company, Inc. with respect to the claims brought in this matter. Defendant's motion for summary judgment [DE 24] is **GRANTED**.

(2) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

(3) The Clerk of Court is directed to strike this matter from the Court's active docket.

October 16, 2023

Rebecca Grady Jennings, District Judge
United States District Court

1